| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | | |
| **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Gerard T. Cicero, Esq.<br>dmolton@brownrudnick.com<br>gcicero@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Stephen D. Palley, Esq. (*pro hac vice* pending)<br>spalley@brownrudnick.com<br>601 Thirteenth Street NW Suite 600<br>Washington, D.C. 20005<br>Tel: (202) 536-1766<br>Fax: (617) 289-0766<br><br>and<br><br>Michael W. Reining, Esq. (*pro hac vice* pending)<br>mreining@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br><br>*Counsel for James Drury and Paul Pretlove, as the Appointed Receivers of Hector DAO* | **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 230-2095<br><br><br>*Local Counsel for James Drury and Paul Pretlove, as the Appointed Receivers of Hector DAO* | Order Filed on June 18, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>HECTOR DAO,<br><br>                Debtor. | Chapter 15<br>Case No. 24-16067 (MBK) | |

## *EX PARTE* ORDER (I) SCHEDULING HEARING ON RECOGNITION OF VERIFIED CHAPTER 15 PETITION AND MOTION FOR RELATED RELIEF AND (II) SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE

Upon consideration of the *Ex Parte* Motion of James Drury and Paul Pretlove, in their capacity as the appointed receivers and duly-authorized foreign representatives of Hector DAO, the above-captioned debtor, for an Order (i) Scheduling a Recognition Hearing on the

**DATED: June 18, 2024**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

11

Recognition of Verified Petition and Motion for Related Relief, and (ii) Specifying the Form and Manner of Service of Notice (the "Motion");[1] it is hereby

**ORDERED**, that the notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in these chapter 15 proceedings;

**ORDERED**, that the form of Notice attached to the Motion as Exhibit B is hereby approved;

**ORDERED**, that a copy of the Notice, the Verified Petition and Related Motion, and the Declarations shall be served by ~~United States mail, first-class postage prepaid,~~ **overnight mail** on each of the Notice Parties on or before **June 19, 2024**;

**ORDERED**, that notice in accordance with this Order shall constitute sufficient notice of the Verified Petition and Related Motion and the Recognition Hearing in compliance with the Bankruptcy Rules and the Local Rules;

**ORDERED**, that the Recognition Hearing shall be held before this Court in the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey, 08608, on **July 15, 2024, at 1:00 p.m. (Eastern)**;

**ORDERED**, that responses or objections, if any, to the Verified Petition and Related Motion shall be made in writing and shall set forth the bases thereof, and such responses or objections must be: (i) filed with this Court on or before **July 8, 2024, at 4:00 p.m. (Eastern)**, which is at least seven days before the Recognition Hearing (the "Objection Deadline"), and (ii) served upon the Petitioners' counsel at Brown Rudnick LLP (Attention: David J. Molton and Gerard Cicero, dmolton@brownrudnick.com and

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to such terms in the Motion.

12

gcicero@brownrudnick.com), Seven Times Square, New York, NY 10036, so as to be received by the Objection Deadline; and it is further

**ORDERED**, the Petitioners may file a reply in support of the Verified Petition and Related Motion by **Noon (Eastern)** on the day before the Recognition Hearing.

Dated: June 18, 2024
Trenton, New Jersey

United States Bankruptcy Judge